995 A.2d 1182

Charles PARKER, Petitioner

v.

Hon. Judge Amanda COOPERMAN et al., Philadelphia
Court of Common Pleas, Respondents.

No. 12 EM 2010.

Supreme Court of Pennsylvania.

June 10, 2010.

## ORDER

PER CURIAM.

AND NOW, this 10th day of June, 2010, the Application for Leave to File Original Process and the Petition for Writ of

Mandamus are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is directed to forward the filing to counsel of record.